# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

PARC VISTA CONDOMINIUM
ASSOCIATION, INC.,
    Plaintiff,
v.

CASE NO.: 10-46187 CA 15

ASPEN SPECIALTY INSURANCE
COMPANY,
    Defendant.
_____/

## COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL

**COME NOW**, the Plaintiff, PARC VISTA CONDOMINIUM ASSOCIATION, INC., (hereinafter referred to as "Plaintiff"), by and through its undersigned counsel, and file this their Complaint for Breach of Contract and Demand for Jury Trial against the Defendant, ASPEN SPECIALTY INSURANCE COMPANY ("hereinafter referred to as "ASPEN") and as grounds therefore, states as follows:

### GENERAL ALLEGATIONS

1. The amount in controversy in this action exceeds the sum of Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of pre-judgment interest, court costs and attorney fees.

2. At all times relevant hereto, the Plaintiff was and is a condominium association t of Miami, Miami-Dade County, Florida.

3. Upon information and belief, at all times relevant hereto, ASPEN was and is a Florida corporation doing business in the state of Florida.

4. Upon information and belief, ASPEN is an authorized insurance carrier by the

*Complaint for Breach of Contract*
*Page 2 of 3*

State of Florida to engage in the business of insurance with Florida citizens.

5. In consideration of the premium paid to it by Plaintiff, ASPEN issued to Plaintiff in Miami, Miami-Dade County, Florida, a Commercial Property Insurance Policy, Policy No. PP000402 ("The Policy"), which was in full force and effect at the time the damage occurred as a result of hurricane and/or hurricane force winds to the insured premises located at 14001 SW 93rd Lane, Miami, Florida 33186 on or about August 25, 2005. (Plaintiff has a good faith belief that a full and complete copy of Policy No. PP000402 is in possession of ASPEN . Attached as Exhibit "A" is a copy of the declarations page of Policy No. PP000402 and is incorporated herein by reference.)

6. Hurricane and hurricane forced winds are covered peril under The Policy.

7. This is an action for damages for a breach of an insurance contract against ASPEN of an insurance policy that was in effect at the time of the loss caused by hurricane and hurricane force winds.

8. Hurricane and/or hurricane force winds substantially damaged the Insured's property, which has adversely affected the Plaintiff, causing it substantial hardship.

9. ASPEN has failed and/or refused to tender insurance proceeds due and owing to Plaintiff with regard to said loss. This was a breach of the Policy.

10. Plaintiff has suffered a substantial loss regarding the insured property and continues to suffer the loss.

11. ASPEN has failed and/or refused to properly investigate and/or evaluate the nature and extent of the Plaintiff's insurance claim and/or damages. ASPEN has also refused to tender all insurance proceeds due and owing to the Plaintiff, requiring it to retain the services of an insurance claim professional to assist it in evaluating and investigating its insurance claim, as

*Complaint for Breach of Contract*
*Page 3 of 3*

well as in the submission of  insurance claim to ASPEN.

12. Plaintiff has complied with all conditions precedent prior to filing this suit.

13. Notwithstanding the foregoing, ASPEN has failed and/or refused to provide full coverage under The Policy for the damages to Plaintiff's insured property, and ASPEN has failed to promptly pay all the amounts due and has thereby breached its contract of insurance.

14. As a direct result of ASPEN'S breach of its insurance contract, Plaintiff has lost benefits of the insured property, and continues to suffer the loss.

15. As a direct result of ASPEN'S breach of its insurance contract, Plaintiff was required to hire the undersigned attorneys and has become obligated for attorney's fees and costs in connection with the prosecution of this action, and Florida Statute §627.428 provides for the payment of attorney's fees in the event of such need.

**WHEREFORE**, the Plaintiff, PARC VISTA CONDOMINIUM ASSOCIATION, INC., prays this Court enters an award against Defendant, ASPEN PROPERTY INSURANCE CORPORATION, of compensatory damages, pre-judgment interest, costs of this action, attorney's fees; and such other and further relief as this Court may deem just and proper.

Further, Plaintiff, PARC VISTA CONDOMINIUM ASSOCIATION, INC., requests a trial by jury on all issues so triable.

Dated: August 25, 2010.

JAVIER DELGADO, ESQUIRE
Florida Bar No. 0560146
Merlin Law Group, P.A.
2333 Ponce de Leon Boulevard
Suite 314
Coral Gables, Florida 33134
Tel: (305) 448-4800
Fax: (305) 448-2424
*Attorneys for Plaintiff*

MAR.22'2006 11:06 3055992343         COMBINED UNDER                    #6235 P.005

 

**Common Policy Declarations**
ASPPR011

Aspen Specialty Insurance Company

Insured Name & Mailing Address:

PARK VISTA CONDOMINIUM ASSOCIATION
7900 N.W. 155 STREET
MIAMI LAKES, FL 33016

Broker Name & Mailing Address:

ALL RISKS, LTD
3363 W. COMMERCIAL BLVD., SUITE 115
FORT LAUDERDALE, FL 33309

The Named Insured above includes any subsidiary, associated or affiliated company, corporation, firm, organization, partnership, joint venture or individual as exists now or is hereafter constituted or acquired, and any other party or interest that is required by contract or other agreement to be named.

Policy Number: PP 000402

Effective Date:   04/28/2005 12:01AM
Expiration Date:  04/28/2006 12:01AM

Premium and Fee Summary:

In return for the payment of the premium indicated below, and subject to all the terms of this policy, we agree to provide the insurance as stated in this policy.

Coverages: ISO Special Forms Excluding Flood and Earthquake

| Coverage | Premium | Fees |
|---|---|---|
| Commercial Property | $139,000 | |
| Terrorism | $ | |
| Other premium | $ | |
| Inspection Fees | | $400 |
| Other Fees: | | $ |
| Total premium due | $139,000 | |
| Minimum retained premium | $ 48,650 | |

Coverage Forms Applicable:   coverage form schedule as more specifically outlined in Aspen form ASPPR006, *Schedule of Applicable Forms*

SURPLUS LINES AGENT: Dawn M. Bolin
LIC # A200258
3363 W. Commercial Blvd. Ste #115
Fort Lauderdale, FL 33309
PROD. AGT. Susan Savette
Street 7900 N.W. 155 ST
City Miami Zip 33016
This Insurance is issued pursuant to the Florida Surplus Lines Laws. Persons Insured by Surplus Lines Carriers do not have the protection of the Florida Insurance Guaranty Act to the extent of any right of recovery for the obligation of an insolvent unlicensed insurer.
Quarter ___ 2005
Premium _____ Tax _____
Agents Countersignature _____

FSLSO SERVICE FEE $348.57

(Authorized Representative)

99 High Street | Boston | Massachusetts | 02110 | Phone 617-531-5100 | Fax 617-531-5114

EXHIBIT "A"

MAR.22'2006 11:06 3055992343    COMBINED UNDER    #6235 P.006

**Aspen Specialty**

## Summary of Insurance and Special Provisions
ASPPR011A

Locations:    As per schedule dated 04/07/06 on file with company

Occurrence Limits:    $5,000,000  (Limits are scheduled, not blanket)

Occurrence Sub-Limits[1]:   Values as per schedule as submitted and on file.

Per Occurrence and in the Aggregate Sub-Limits[2]:

| | |
|---|---|
| Excluded | For the peril of Flood |
| Excluded | For the peril of Earthquake |

Deductibles/Attachment of Coverage:

The following deductible amounts shall apply to each claim for loss or damage under this Policy in respect to the loss category indicated:

| Peril | Attachment | Per | Minimum |
|---|---|---|---|
| All Other Perils (AOP) | $5,000 | Occurrence | $ |
| Windstorm or Hail | 5% of TIV | Building | $5,000 Per Occurrence |

Valuation:

| Coverage | RC | ACV | ALS | Other: | Coinsurance |
|---|---|---|---|---|---|
| Building | ☒ | ☐ | ☐ | ☐ | Nil% |
| Business Personal Property | ☒ | ☐ | ☐ | ☐ | Nil% |
| Business Income | ☐ | ☐ | ☐ | ☐ | % |

Special Conditions:
- A satisfactory loss control report conducted by Aspen Specialty Insurance Company and compliance with any recommendations.
- Insured is responsible for paying surplus lines tax, etc.
- Premium is due within 45 days of binding.
- **The application of a "per location" deductible, if shown above, is intended to apply to the TIV (total insurable values) of the entire premises, inclusive of all buildings, and is NOT applicable to a series of individual buildings regardless of the labeling in the statement of values on file with the Company."
- Minimum earned premium of 35% will apply, except fully earned in FL and/or all Tier I Counties for those locations insured within the period of June 1st to October 31st.

---

[1] Sub-limits do not add to the policy Occurrence Limit
[2] Aggregate limits are peril specific do not add to the policy Occurrence Limit

99 High Street | Boston | Massachusetts | 02110 | Phone 617-531-5100 | Fax 617-531-5114

MAR.22'2006 11:07  3055992343       COMBINED UNDER                        #6235 P.007

 

Schedule of Applicable Forms
ASPPR0006

| Form Title | Form Number | Version | Applicable[3] |
|---|---|---|---|
| Common Policy Declarations | ASPPR011 | 07/04 | ☒ |
| Summary of Insurance & Special Provisions | ASPPR011A | 07/04 | ☒ |
| Schedule of Applicable Forms | ASPPR006 | 07/04 | ☒ |
| Occurrence Limit of Liability Endorsement | ASPPR001 | 10/04 | ☒ |
| Common Policy Conditions | IL 00 17 | 11/98 | ☒ |
| Commercial Property Conditions | CP 00 90 | 07/88 | ☒ |
| Condominium Association Coverage Form | CP 00 17 | 04/02 | ☒ |
| Business Income (with Extra Expense) | CP 00 30 | 04/02 | ☐ |
| Business Income (without Extra Expense) | CP 00 32 | 04/02 | ☐ |
| Causes of Loss – Special Form | CP 10 30 | 04/02 | ☒ |
| Exclusion of Certain Computer Related Losses | IL 09 35 | 07/02 | ☒ |
| Protective Safeguards | IL 04 15 | 04/98 | ☒ |
| Flood Coverage Endorsement | CP 10 65 | 10/00 | ☐ |
| Earthquake Coverage Endorsement | CP 10 45 | 08/99 | ☐ |
| Electronic Data Endorsement | NMA 2915 | 01/01 | ☒ |
| Exclusion of War, Military Action & Terrorism | ASPPR003 | 02/04 | ☒ |
| Earned Premium Endorsement | ASPPR005 | 04/04 | ☒ |
| Service of Suit | ASPCO002 | 04/05 | ☒ |
| Biological or Chemical Materials Exclusion | NMA2962 | 06/03 | ☒ |
| Coverage for Certified Acts of Terrorism | IL0950 | 11/02 | ☐ |
| Ordinance or Law Coverage | CP 04 05 | 04/02 | ☐ |

---

[3] Coverage forms listed do not apply to this policy unless the associated box is checked
99 High Street | Boston | Massachusetts | 02110 | Phone 617-531-5100 | Fax 617-531-5114